# United States Bankruptcy Court
## Middle District of Florida

In re  **Tonya L Ruggles**
                                Debtor(s)

Case No. _____
Chapter  **7**

## DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING

The undersigned, _____**Tonya L Ruggles**_____, declares under penalty of perjury that:

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

October 27, 2011          /s/ Tonya L Ruggles
Executed on (Date)        Tonya L Ruggles
                          Signature of Debtor
                          or other claimant

### Verified Document(s):

| Full Descriptive Title | Date Executed |
| --- | --- |
| Voluntary Petition | 10/27/11 |
| Exhibit D | 10/27/11 |
| Declaration Concerning Schedules A-J | 10/27/11 |
| Form 7: Statement of Financial Affairs | 10/27/11 |
| Form 8: Statement of Intention | 10/27/11 |
| Notice to Consumer Debtor of Available Chapters | 10/27/11 |
| Verification of Creditor Matrix | 10/27/11 |
| Form 21: Statement of Social Security Number | 10/27/11 |
| Form 22A: Statement of Current Monthly Income/Means Test | 10/27/11 |