[31805] [Deficency Letter]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
300 NORTH HOGAN STREET SUITE 3–350
JACKSONVILLE, FLORIDA 32202
(904)301–6490

November 23, 2011

John J Freeman
LaBella Law
1665 Kingsley Avenue, Suite 108
Orange Park, FL 32073

In re: Tonya L Ruggles         Case No. 3:11–bk–07872–JAF
                               Chapter 7

    The document filed by you is deficient for the reason noted and must be cured within seven (7) days or the lesser time specifically noted in the deficiency. Failure will result in case being referred for a judicial determination.

    Document: Amended Schedule F

    Pursuant to Fed. R. Bankr. P. 1009(a) and Local Rule 1009–1, the debtor has failed to give notice of the amendment to the trustee and any entity affected and file with the court proof of service of the notice. If the amendment is adding a creditor, a copy of the Notice of Commencement of Case, Meeting of Creditors, and Deadlines, commonly referred to as the 341 Notice (and plan, if applicable) must be served with the notice and reflected in the proof of service.

    Lee Ann Bennett, Clerk of Court
    300 North Hogan Street Suite 3–350
    Jacksonville, FL 32202

Copies furnished to:
Trustee
United States Trustee